**Attachment to Civil Cover Sheet**

**PAID, INC. v. EBAY INC.**

Additional Attorneys for Plaintiff

Gregory N. Stillman*
Virginia Bar No. 14308
HUNTON & WILLIAMS, LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510-3889
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com

Bradley W. Grout*
Georgia Bar No. 313950
David A. Kelly*
Georgia Bar No. 498949
James D. Humphries, IV*
Georgia Bar No. 540211
HUNTON & WILLIAMS, LLP
600 Peachtree Street, N.E., Ste. 4100
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190
bgrout@hunton.com
dkelly@hunton.com
jhumphries@hunton.com

Michael A. O'Shea*
D.C. Bar No. 459830
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, DC 21500
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
moshea@hunton.com

*Admission pro hac vice to be sought