**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| PAID, INC. <br><br> Plaintiff, <br> v. <br><br> EBAY INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule of Civil Procedure 7.1 and Local Rule 7.3(A), Plaintiff PAID, Inc., (f/k/a "Auction, Inc." and "Sales Online Direct"), by and through its attorneys, hereby states as follows:

1.  PAID, Inc. is itself a publicly traded corporation that does not have a parent corporation; and

2.  No publicly held companies own 10% or more of the stock in PAID, Inc.

Respectfully submitted,

Dated: December 20, 2013

/s/ Leonard Charles Suchyta
Leonard Charles Suchyta
Massachusetts Bar No. 547798
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, DC 21500
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
lsuchyta@hunton.com

**OF COUNSEL**:

Gregory N. Stillman*
Virginia Bar No. 14308
HUNTON & WILLIAMS, LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510-3889
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com

Bradley W. Grout*
Georgia Bar No. 313950
David A. Kelly*
Georgia Bar No. 498949
James D. Humphries, IV*
Georgia Bar No. 540211
HUNTON & WILLIAMS, LLP
600 Peachtree Street, N.E., Ste. 4100
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190
bgrout@hunton.com
dkelly@hunton.com
jhumphries@hunton.com

Michael A. O'Shea*
D.C. Bar No. 459830
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, DC 21500
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
moshea@hunton.com

*Admission pro hac vice to be sought