# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| PAID, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 4:13-cv-40151 |
| ) | |
| EBAY INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO EXTEND TIME

Plaintiff Paid, Inc., Plaintiff, after consultation with counsel for Defendant, eBay Inc., agrees that the time within which Defendant may answer, move or otherwise respond to Plaintiff's Complaint is extended by thirty (30) days.

Accordingly, Plaintiff stipulates and agrees that Defendant shall file its answer, motion or other responsive pleading to Plaintiff's Complaint no later than February 12, 2014.

Respectfully submitted,

January 7, 2014        /s/ Leonard Charles Suchyta
                       Leonard Charles Suchyta
                       Massachusetts Bar No. 547798
                       HUNTON & WILLIAMS LLP
                       2200 Pennsylvania Avenue NW
                       Washington, DC 21500
                       Telephone: (202) 955-1500
                       Facsimile: (202) 778-2201
                       lsuchyta@hunton.com

**OF COUNSEL**:

Gregory N. Stillman*
Virginia Bar No. 14308
HUNTON & WILLIAMS, LLP
500 East Main, Suite 1000
Norfolk, Virginia 23510-3889
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com

Bradley W. Grout*
Georgia Bar No. 313950
David A. Kelly*
Georgia Bar No. 498949
James D. Humphries, IV*
Georgia Bar No. 540211
HUNTON & WILLIAMS, LLP
600 Peachtree Street, N.E., Ste. 4100
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190
bgrout@hunton.com
dkelly@hunton.com
jhumphries@hunton.com


Michael A. O'Shea*
D.C. Bar No. 459830
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, DC 21500
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
moshea@hunton.com

*Admission pro hac vice to be sought*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this case. I also certify that I have caused a copy of the same to be deposited in the United States mail, first class postage prepaid and properly addressed to the following non-CM/ECF participants:

>Rory Bens
>Associate General Counsel, Patents
>eBay Inc.
>Whitman Campus
>2065 Hamilton Avenue
>San Jose, California 95125

This 7th day of January, 2014.

/s/ Leonard Charles Suchyta
Leonard Charles Suchyta