IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| PAID, INC.,<br><br>        Plaintiff,<br>v.<br><br>EBAY INC.,<br><br>        Defendant. | Civil Action No. 4:13-cv-40151 |

## NOTICE OF APPEARANCE

Please enter the appearance of attorney Stephen A. Marshall of Fish & Richardson P.C. for Defendant eBay Inc. in the above-captioned matter.

Dated: February 7, 2014

Respectfully Submitted,

*/s/ Stephen A. Marshall*
Stephen A. Marshall (BBO #666200)
FISH & RICHARDSON P.C.
1425 K Street, NW
Washington, DC 20005
Phone: 202-783-5070
Fax: 202-783-2331
smarshall@fr.com

Counsel for Defendant
EBAY INC.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this February 7, 2014.

*/s/Stephen A. Marshall*
Stephen Marshall