IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| PAID, INC., <br><br> Plaintiff, <br> v. <br><br> EBAY INC., <br><br> Defendant. | Civil Action No. 4:13-cv-40151 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant eBay Inc. ("eBay"), by and through its undersigned counsel, hereby moves for an extension of time to and including February 26, 2014 for submission of its answer, motion, or other response to the Plaintiff's Complaint. This is the second request for an extension of time for eBay to respond to the Complaint. eBay's response is currently due February 12, 2014. Plaintiff PAID, Inc. does not oppose this motion.

Dated: February 7, 2014                                   Respectfully Submitted,

/s/ *Stephen A. Marshall*
Stephen A. Marshall (BBO #666200)
FISH & RICHARDSON P.C.
1425 K Street, NW
Washington, DC 20005
Phone: 202-783-5070
Fax: 202-783-2331
smarshall@fr.com


Counsel for Defendant
EBAY INC.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred regarding the issues presented by this motion and that plaintiff's counsel does not oppose this motion.

        */s/ Stephen A. Marshall*
        Stephen A. Marshall

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this February 7, 2014.

        */s/ Stephen A. Marshall*
        Stephen A. Marshall