# EXHIBIT A



HUNTON & WILLIAMS LLP
SUITE 4100
600 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30308-2216

TEL 404 • 888 • 4000
FAX 404 • 888 • 4190

BRADLEY W. GROUT

DIRECT DIAL: 404-888-4283
EMAIL: bgrout@hunton.com

March 11, 2014

FILE NO: 63910.9 [49792204 V12]

**Via Overnight Delivery**

eBay, Inc.
c/o Stephen A. Marshall
Fish & Richardson P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005

 Re: Notice of Patent Infringement

Dear Steve:

 As you know, our firm represents Paid, Inc. in connection with its patent portfolio in the online auction and ecommerce space. In particular, Paid is the owner of United States Patent Nos. 7,930,237 ("the '237 Patent"), 8,352,357 ("the '357 Patent"), 8,521,642 ("the '642 Patent"), and 8,635,150 ("the '150 Patent"), all of which are entitled "Method and System for Improved Online Auction" (collectively, the "Paid patents"). These patents disclose and claim systems for facilitating rapid, accurate estimation of shipping costs in ecommerce transactions. Copies of the patents are enclosed.

 Please consider this letter notice that eBay, through its online-based auction and ecommerce platform, has infringed, and is currently infringing, each of the Paid patents. Specifically, eBay's platform includes the use of an online, automated shipping calculator that practices each and every limitation of one or more claims of the Paid patents.

 The infringement occurs entirely through eBay's online platform. The automated shipping calculator feature is embedded into item listings for any registered user to access directly through eBay's website. Referencing specific method and system claims from the patents, the following examples demonstrate eBay's infringement of the patents based on publicly available and accessible information.

**HUNTON&
WILLIAMS**

Mr. Stephen A. Marshall
March 11, 2014
Page 2

The '237 Patent, claim 1:
    eBay's online platform, available through its website, includes a method for calculating shipping rates for online, open-bidding auctions. eBay's platform receives from a seller location information and shipping preferences for the items to be sold, and then stores that information in a database for retrieval. The platform also allows sellers to initiate an auction listing that includes the characteristics of the item for sale and allows the buyer to enter a shipping location and then request a shipping rate. Upon receipt of the buyer's request, the platform calculates a shipping rate based on the location information, item characteristics, and the amount of the auction bid for the item. The website presents that shipping rate to the buyer.

The '357 Patent, claim 13:
    eBay's website is a computerized ecommerce system that allows a remote seller to list items for sale to be purchased by a remote buyer. That system relies upon databases that store location information for all users, including both buyers and sellers, along with a variety of shipping preferences that can be configured by the remote sellers, and pricing information for the items listed by the sellers. Every listing of an item for sale on eBay's website also includes a rate engine that retrieves relevant location information, shipping preferences and pricing from the databases to calculate a shipping rate and a tax factor for communication to a remote buyer who may purchase the item.

The '642 Patent, claim 1:
    eBay's website allows multiple remote sellers to offer at least one item for sale through eBay's website, relying on databases to store the sellers' location information, shipping preferences, and pricing information for the items listed for sale. The website also includes a rate engine that retrieves such information stored for the remote sellers, retrieves information relating to a remote buyer's location, and determines whether tax should be applied to the item for sale. The engine then calculates a shipping rate based on the information retrieved from the database, including any applicable tax, and communicates that rate and tax factor to the remote buyer.

The '150 Patent, claim 1:
    eBay's platform is a computer interface that enables multiple remote sellers to offer at least one item for sale through eBay's website. That platform includes a database configured to store location information for the remote sellers along with a variety of shipping preferences. It also includes a database configured to store information relating to the price of

# HUNTON&
# WILLIAMS

Mr. Stephen A. Marshall
March 11, 2014
Page 3

the item being offered for sale. Finally, the platform includes a rate engine that retrieves information from the databases, determines whether tax is applicable, calculates the shipping rate and any applicable tax factor, and communicates that calculation to the buyer.

The activities described above constitute direct infringement of the Paid patents. Moreover, to the extent that eBay relies upon third parties to contribute any of the components, or to perform any of the steps, identified above, such as vendors who support the databases and/or users who enter location information for storage in and/or retrieval from the databases and initiate listings and/or shipping calculation requests, eBay either directs and controls those third parties in a manner that constitutes direct infringement of the Paid patents, or eBay instructs, encourages, enables, and/or coordinates with those third parties in a manner that constitutes inducement to infringe the Paid patents.

Paid hereby demands that eBay immediately cease and desist from its use of an automated shipping calculator on its website or otherwise through its online platform. Paid will seek any and all relief available to it for eBay's infringement of these patents, including injunctive relief and monetary damages.

Very truly yours,

Bradley W. Grout

BWG/jk
Enclosures