UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| PAID, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EBAY INC.<br><br>　　　　　Defendant. | Civil Action No. 4:13-cv-40151-TSH<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AN ORDER**
**REFLECTING THE STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff PAID, Inc. and Defendant eBay Inc., parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1.　All claims and counterclaims are dismissed with prejudice.

2.　Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

3.　The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order Thereon as the Order of the Court.

In support of their joint request, the parties submit herewith a short Memorandum in Support of Joint Motion for Entry of an Order Reflecting the Stipulation of Dismissal with Prejudice.

Dated:  March 15, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ David A. Kelly* | */s/ Stephen A. Marshall* |
| Gregory N. Stillman | Indranil Mukerji (BBO #644059) |
| HUNTON & WILLIAM LLP | Stephen A. Marshall (BBO #666200) |
| 500 E. Main Street | FISH & RICHARDSON, P.C. |
| Suite 1000 | 1425 K Street, N.W. |
| Norfolk, VA 23510 | Suite 1100 |
| Telephone:  (757) 640-5314 | Washington, DC 20005 |
| Facsimile:  (757) 625-7720 | Telephone:  (202) 626-7762 |
| Email: gstillman@hunton.com | Facsimile: (202) 783-2331 |
| | Email: Mukerji@fr.com |
| David A. Kelly | Email: smarshall@fr.com |
| HUNTON & WILLIAMS, LLP | |
| Bank of America Plaza | *Counsel for eBay Inc.* |
| 600 Peachtree Street, NE | |
| Suite 4100 | |
| Atlanta, GA 30308 | |
| Telephone:  (404) 888-4280 | |
| Facsimile:  (404) 888-4190 | |
| Email: dkelly@hunton.com | |

*Counsel for Paid, Inc.*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for the parties conferred regarding the issues presented by this motion and agreed that the issues addressed herein should be jointly presented to the Court.

*/s/ Stephen A. Marshall*
Stephen A. Marshall

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document filed through the ECF system will be served electronically on counsel of record for the plaintiff as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on this March 15, 2016.

*/s/ Stephen A. Marshall*
Stephen A. Marshall