UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| PAID, INC.<br>　　　　Plaintiff,<br>v.<br>EBAY INC.<br>　　　　Defendant. | Civil Action No. 4:13-cv-40151-TSH<br><br>JURY TRIAL DEMANDED |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF
AN ORDER REFLECTING THE STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby submit this memorandum in support of their joint motion for entry of an order reflecting the stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a).

Plaintiff Paid, Inc. ("Paid") filed its complaint against Defendant eBay Inc. ("eBay") asserting infringement of U.S. Patent Nos. 8,521,642 ("'642 patent"), 8,352,357 ("'357 patent"), and 7,930,237 ("'237 patent") on December 20, 2013. Paid filed an amended complaint on March 12, 2014 adding allegations of infringement of U.S. Patent No. 8,635,150 ("'150 patent") (collectively, the "Asserted Patents"). See Dkt. No. 26. Following a scheduling conference on May 13, 2014, the Court issued a scheduling order on May 21, 2014. *See* Dkt. Nos. 36, 38.

On May 12, 2014, eBay filed with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent & Trademark Office petitions for Covered Business Method ("CBM") review to challenge the validity of all claims of each of the Asserted Patents. eBay provided formal notice of the petitions to the Court on May 15, 2014. Dkt. No. 37.

On June 30, 2014, the parties jointly moved to stay this litigation pending final resolution of the CBM review for each of the Asserted Patents and any appeal to the Federal Circuit that may follow. Dkt. No. 42. The Court granted the motion to stay on July 7, 2014, and ordered the parties to provide certain status reports such as this one. Dkt. No. 44.

On September 16, 2015, the PTAB issued Final Written Decisions in each of the pending CBM reviews. Thereafter, on November 13, 2015, Paid entered a Notice of Appeal regarding each of the Final Written Decisions. This Court received Notice of the Appeals to the Federal Circuit (Nos. 2016-1366, -1367, -1368, -1369) on November 20, 2015. Dkt. No. 51.

The parties filed a Joint Stipulation of Dismissal with Prejudice with the Federal Circuit on March 11, 2016. In view of the foregoing and the parties having reached a stipulation, the parties respectfully request that the Court enter the stipulation of dismissal with prejudice as set forth in their Joint Motion for Entry of an Order Reflecting the Stipulation of Dismissal with Prejudice.

Dated: March 15, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ David A. Kelly* | */s/ Stephen A. Marshall* |
| Gregory N. Stillman | Indranil Mukerji (BBO #644059) |
| HUNTON & WILLIAM LLP | Stephen A. Marshall (BBO #666200) |
| 500 E. Main Street | FISH & RICHARDSON, P.C. |
| Suite 1000 | 1425 K Street, N.W. |
| Norfolk, VA 23510 | Suite 1100 |
| Telephone: (757) 640-5314 | Washington, DC 20005 |
| Facsimile: (757) 625-7720 | Telephone: (202) 626-7762 |
| Email: gstillman@hunton.com | Facsimile: (202) 783-2331 |
| | Email: Mukerji@fr.com |
| David A. Kelly | Email: smarshall@fr.com |
| HUNTON & WILLIAMS, LLP | |
| Bank of America Plaza | *Counsel for eBay Inc.* |
| 600 Peachtree Street, NE | |
| Suite 4100 | |
| Atlanta, GA 30308 | |
| Telephone: (404) 888-4280 | |
| Facsimile: (404) 888-4190 | |
| Email: dkelly@hunton.com | |
| | |
| *Counsel for Paid, Inc.* | |

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document filed through the ECF system will be served electronically on counsel of record for the plaintiff as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on this March 15, 2016.

                  */s/ Stephen A. Marshall*_____
                  Stephen A. Marshall